UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------------------X

LOUIS HABER and EMILY HABER                    Index No. 21-Cv-1348
                                                (KAD)

                        Plaintiffs,

    - against -

FIRST BOOK & FILM RIGHTS AUCTION, INC.,
ALVIN ABRAMS, ESTELLE ABRAMS and
ROBERT BERKSON

                        Defendants.
_____X

# FIRST BOOK & FILM RIGHTS AUCTIONS, INC.'s
# MOTION TO DISMISS THE COMPLAINT

First Book & Film Rights Auctions, Inc., sued here incorrectly as First Book & Film Rights Auction, Inc., upon the annexed Exhibits and Memorandum of Law, hereby moves for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Complaint against it, and such further relief as this Court may deem just and proper.

February 23, 2022

                                   *Daniel Abrams*
                                   Daniel L. Abrams Fed Bar # ct31248

                                   Law Office of Daniel L. Abrams, PLLC
                                   1250 Broadway, 36th Floor
                                   New York, New York 10001
                                   Telephone: (646) 821-4575
                                   E-mail: dan@lawyerquality.com

<u>**BRIEF IN SUPPORT OF FIRST BOOK & FILM
RIGHTS AUCTIONS, INC.'s MOTION TO DISMISS**</u>

Defendant First Book & Film Rights Auctions, Inc., sued here incorrectly as First Book & Film Rights Auction, Inc. ("First Book") respectfully submits this Brief in support of its Motion requesting an order dismissing the case in full against them.

In the hopes of facilitating the Court's consideration of all pending Motions, First Book respectfully incorporates Alvin Abrams' ("Alvin") Motion to Dismiss (Exh. A), and Alvin's Reply in Further Support of Motion To Dismiss (Exh. B), each prepared with the assistance of counsel. First Book is similarly situated to Alvin for most of the issues raised in First Book's Motion. Alvin's submissions specify why Plaintiffs have set forth no federal or state securities fraud or common law fraud claims, no breach of fiduciary duty claims, no conversion claims, no fraudulent transfer claims, no negligent misrepresentation claims, and no civil conspiracy claims.

For the contract claims (i.e., claims for breach of contract, breach of the covenant of good faith and fair dealing, and unjust enrichment), First Book moves to dismiss, even though Alvin did not make any such motion. For reasons to dismiss these claims, First Book respectfully incorporates its Memorandum of Law In Support of Motion to Set Aside Default. *See* Exh. C (discussion of reasons to dismiss contract claims at 6-7).

First Book notes that, in Plaintiffs' Opposition to the Motion to Set Aside Default, Plaintiffs argued that First Book breached a contract with the Habers by not delivering contractually-required shares to the Habers. Docket #87 at 9. This argument fails for two independent reasons. **First**, nowhere in Plaintiffs' Complaint do they allege that First Book failed to deliver enough shares to the Plaintiffs. **Second**, Plaintiffs' Complaint

alleges that Plaintiffs did in fact receive shares, but that the shares were "worthless" when delivered to the Plaintiffs. Cpt. at ¶ 127. Actual damages caused by a breach is an essential element of any breach of contract claim. *Nat'l Mkt. Share, Inc. v. Sterling Nat'l Bank*, 392 F.3d 520, 525-526 (2d Cir. 2004). Assuming the truth of Plaintiffs' allegations for purposes of this Motion, Plaintiffs cannot premise contractual liability on an alleged failure to deliver enough "worthless" shares.

## CONCLUSION

For the foregoing reasons, Defendant First Book & Film Rights Auctions, Inc., sued here incorrectly as First Book & Film Rights Auction, Inc., respectfully requests that the Court issue an order dismissing the Complaint in its entirely as against it.

Dated: February 23, 2022

                                              LAW OFFICE OF DANIEL L. ABRAMS, PLLC

*Daniel Abrams*
Daniel L. Abrams Fed Bar # ct31248
1250 Broadway, 36th Floor
New York, NY 10001
(646) 821-4575
*Attorney for First Book & Film Rights Auctions, Inc., sued here incorrectly as First Book & Film Rights Auction, Inc. and Alvin Abrams*